240 So.2d 236

**STATE of Louisiana**

v.

**F. O. DIDIER, Jr.**

No. 50957.

Nov. 2, 1970.

Writ refused. On the showing made there appears no abuse of discretion in the trial judge's ruling.

240 So.2d 373

**Dorothy CRAKER**

v.

**ALLSTATE INSURANCE COMPANY.**

No. 50944.

Nov. 9, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.